KELSEY M. HENDRICKS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:  (406) 657-6101
FAX:    (406) 657-6989
E-mail: Kelsey.Hendricks@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUL 17 2025
Clerk, US District Court
District of Montana - Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25-82-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ABUSIVE SEXUAL CONTACT WITH A CHILD (Counts 1 and 2) |
| ROBERT DEAN DUST, | Title 18 U.S.C. §§ 1153(a) and 2244(a)(5) (Penalty: Life imprisonment, $250,000 fine, and not less than five years to life supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

Beginning in or about 2010 and continuing through in or about 2015, at Lodge Grass, in Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the

defendant, ROBERT DEAN DUST, an Indian person, knowingly caused Jane Doe 1 to engage in sexual contact before Jane Doe 1 had reached the age of 12 years, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

COUNT 2

Beginning in or about 2010 and continuing for approximately a year, at Lodge Grass, in Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, ROBERT DEAN DUST, an Indian person, knowingly caused Jane Doe 2 to engage in sexual contact before Jane Doe 2 reached the age of 12 years, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney