UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DEAN DUST,<br><br>Defendant. | CR-25-82-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 23rd day of February, 2026.

*/s/ Susan P. Watters*
Honorable Susan P. Wattters
United States District Judge